UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWAYNE SCOTT DEBERRY JR.,

    Plaintiff,

                                   Case No. 25-cv-13356
v.                                  Hon. Matthew F. Leitman

PERFORMANCE DRIVEN WORKFORCE,

    Defendant.

_____/

## **JUDGMENT**

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED**.

                                   KINIKIA ESSIX
                                   CLERK OF COURT

                  By:    s/Holly A. Ryan
                            Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  March 4, 2026
Detroit, Michigan

1